# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 5D23-2487
LT Case No. 1993-CF-006802-A

————————————————

RANDEL J. WARD,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

————————————————

3.800 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Randel J. Ward, Cross City, pro se.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.

October 10, 2023

PER CURIAM.

   AFFIRMED.

KILBANE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____